FILED - USDC -NH
2025 APR 2 ᴀᴍ10:58

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| USMAN CHAUDHRY, | CASE NO. |
| Plaintiff, | |
| v. | **COMPLAINT** |
| TOWNSHJIP OF SALEM, MICHAEL ZAINO | **DEMAND FOR JURY TRIAL** |
| Defendant. | |

FILED - USDC -NH
2025 APR 2 am10:59

Plaintiff, USMAN CHAUDHRY, brings this action to enforce Title III of the Americans with Disabilities Act ("ADA"), 42 U.S.C. §§ 12181-89, as amended, and its implementing regulation, 49 C.F.R. Part 37, against Defendant Township of Salem.

## JURISDICTION AND VENUE

1. This Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1343 over the federal claims concerning violations of the Americans with Disabilities Act, Fourth and Fourteenth Amendments and 42 U.S.C. § 1985(3). This Court also has supplemental jurisdiction under 28 U.S.C. § 1367 \over the related claims under state law.

2. Venue is proper in this judicial district under 28 U.S.C. § 1391, because the events giving rise to this civil action occurred in this judicial district.

3. This Court has personal jurisdiction over Defendant Town of Salem, a municipality within the Commonwealth of New Hampshire, and over all individual Defendants because they reside in the Commonwealth of New Hampshire and they are employed by the Town of Salem, a municipality within the Commonwealth of New Hampshire.

## THE PARTIES

4. Plaintiff, USMAN CHAUDHRY, (hereinafter referred to as "CHAUDHRY"), is is an individual with addresses at **1992 Morris Ave, #235 Union**, NJ 07083, County of Union and State of New Jersey.

5. Defendant, SALEM TOWNSHIP (hereinafter referred to as "SALEM") is a municipality duly organized and existing under the laws of the Commonwealth of New Hampshire with the ability to sue and be sued within the State of New Hampshire. Defendant, SALEM, at all times pertinent and relevant to this action employed Defendants, MICHAEL ZAINO, (hereinafter referred to as "ZAINO").   Defendant, SALEM, was responsible for the hiring, training, supervision, discipline.

6. Defendants are liable jointly, severally, and in solido for the intentional, excessive, and otherwise unconstitutional and tortious conduct set forth below.

## FACTUAL ALLEGATIONS

7. Plaintiff is an individual with documented, protected, and permanent disabilities under the Americans with Disabilities Act of 1990.

8. All Federal, State and Local courts have accepted the Americans with Disabilities Act of 1990 as the law of the land and voluntarily have complied with United States Federal Law.

9. Defendant Michael Zaino, an unhinged and reckless township judge, refuses to comply with established federal law or allow any accommodations for protected disabilities under the Americans with Disabilities Act.

10. Instead, Michael Zaino has issued an unlawful court order for failure to appear

**in person** due to protected and permanent disabilities under the Americans with Disabilities Act.

11. This unlawful order and arrest warrant has resulted in substantial violations of the Plaintiff, Chaudhry's, basic civil rights and liberties.

## FIRST CAUSE OF ACTION

### Americans with Disabilities Act
### Title 42 U.S.C. 12101

12. Plaintiffs hereby incorporate by reference all preceding paragraphs as if fully set forth herein.

13. All parties named in this suit or later identified in discovery voluntarily and intentionally acted to violate United States Federal Law.

14. The Defendants' conduct, outlined above in this complaint, is a clear violation of Americans with Disabilities Act Title 42 U.S.C. 12101

15. As a result thereof, Plaintiff, CHAUDHRY, has sustained severe damage.

## SECOND CAUSE OF ACTION

### 42 U.S.C. § 1983 – Unlawful Detainment and Detention in violation of the Fourth and Fourteenth Amendment

16.  Plaintiffs hereby incorporate by reference all preceding paragraphs as if fully set forth herein.

17. All parties named in this suit or later identified in discovery voluntarily and intentionally acted to violate United States Federal Law.

18. Plaintiff, CHAUDHRY has been subjected to repeated and continued violation of his fundamental basic civil rights on 3 separate occasions as a result of Defendants' unlawful and unconstitutional order.

19. As a result thereof, Plaintiff, CHAUDHRY, has sustained severe damage.

## THIRD CAUSE OF ACTION
### 42 U.S.C. § 1983 – Unreasonable search and seizure in violation of the Fourth and Fourteenth Amendment

20.  Plaintiffs hereby incorporate by reference all preceding paragraphs as if fully set forth herein.

21. All parties named in this suit or later identified in discovery voluntarily and intentionally acted to violate United States Federal Law.

22. Plaintiff, CHAUDHRY has been subjected to repeated and continued violation of his fundamental basic civil rights on 3 separate occasions as a result of Defendants' unlawful and unconstitutional order.

23. As a result thereof, Plaintiff, CHAUDHRY, has sustained severe damage.

## FOURTH CAUSE OF ACTION
### 42 U.S.C. § 1983 – Unlawful detention, or false arrest, in violation of the Fourth Amendment and Fourteenth Amendment

24. Plaintiffs hereby incorporate by reference all preceding paragraphs as if fully set forth herein.

25. All parties named in this suit or later identified in discovery voluntarily and intentionally acted to violate United States Federal Law.

26. Plaintiff, CHAUDHRY has been subjected to repeated Unlawful Detainments and continued violations of his fundamental basic civil rights on at least 3 separate occasions as a result of Defendants' unlawful and unconstitutional order.

27. As a result thereof, Plaintiff, CHAUDHRY, has sustained severe damage.

## FIFTH CAUSE OF ACTION
### (Violation of Fifth Amendment:
### Due Process and Right to a Fair Trial
### pursuant to 42 U.S.C. § 1983)

28. CHAUDHRY, realleges and incorporates each and every allegation contained in the preceding paragraphs.

29. Plaintiffs hereby incorporate by reference all preceding paragraphs as if fully set forth herein.

30. All parties named in this suit or later identified in discovery voluntarily and intentionally acted to violate United States Federal Law.

31. Plaintiff, CHAUDHRY has been denied the basic right to due process, enshrined in the 5th and 14th Amendments, which ensures fair procedures before the government can deprive someone of life, liberty, or property, guaranteeing fairness and justice in legal proceedings.

32. Defendants have denied and deprived Plaintiff, CHAUDHRY, of freedoms, life, liberty, or property, without due process of law; by intentionally deliberately and maliciously refusing to comply with the Americans with Disabilities Act of 1990, established US Federal Law.

33. As a result thereof, Plaintiff, CHAUDHRY, has sustained severe damage.

**FIFTH CAUSE OF ACTION**
(Violation of Fourteenth Amendment:
Due Process Clause
pursuant to 42 U.S.C. § 1983)

34. CHAUDHRY, realleges and incorporates each and every allegation contained in the preceding paragraphs.

35. Plaintiffs hereby incorporate by reference all preceding paragraphs as if fully set forth herein.

36. All parties named in this suit or later identified in discovery voluntarily and intentionally acted to violate United States Federal Law.

37. Plaintiff, CHAUDHRY has been denied the basic right to due process, enshrined in the 14th Amendments, which ensures fair procedures before the government can deprive someone of life, liberty, or property, guaranteeing fairness and justice in legal proceedings by failing to comply with the Americans with Disabilities Act of 1990, established United States Federal Law.

38. Defendants have denied and deprived Plaintiff, CHAUDHRY, of freedoms, life, liberty, or property, without due process of law in violation of the Fourteenth Amendment;

by intentionally deliberately and maliciously refusing to comply with the Americans with Disabilities Act of 1990, established US Federal Law.

39. As a result thereof, Plaintiff, CHAUDHRY, has sustained severe damage.

## SIXTH CAUSE OF ACTION
### (Violation of 42 U.S.C. § 1983: Civil Rights Conspiracy pursuant to 42 U.S.C. § 1983)

40. CHAUDHRY realleges and incorporates each and every allegation contained in the preceding paragraphs.

41. Plaintiffs hereby incorporate by reference all preceding paragraphs as if fully set forth herein.

42. All parties named in this suit or later identified in discovery voluntarily and intentionally conspired to violate United States Federal Law.

43. Plaintiff, CHAUDHRY has been denied basic fundamental civil rights enshrined under the Third Amendment, Forth Amendment, Fifth Amendment, and Fourteenth Amendment of the Constitution of the United States.

44. In addition. Defendant has denied Plaintiff, CHAIUDHRY basic fundamental civil rights by failing to comply with the Americans with Disabilities Act of 1990, established United States Federal Law.

45. As a result thereof, Plaintiff, CHAUDHRY, has sustained severe damage.

## SEVENTH CAUSE OF ACTION
### (Violation of 42 U.S.C. § 1983: Municipal Liability)

46. CHAUDHRY realleges and incorporates each and every allegation contained in the preceding paragraphs.

47. Plaintiffs hereby incorporate by reference all preceding paragraphs as if fully set forth herein.

48. All parties named in this suit or later identified in discovery voluntarily and intentionally conspired to violate United States Federal Law.

49. Plaintiff, CHAUDHRY has been denied basic fundamental civil rights enshrined under the Third Amendment, Fourth Amendment, Fifth Amendment, and Fourteenth Amendment of the Constitution of the United States.

50. In addition. Defendant has denied Plaintiff, CHAIUDHRY basic fundamental civil rights by failing to comply with the Americans with Disabilities Act of 1990, established United States Federal Law.

51. As a result, thereof, Plaintiff, CHAUDHRY, has sustained severe damage.

## EIGHTH CAUSE OF ACTION
### (Violation of 42 U.S.C. § 1983: Supervisory Liability)

52. CHAUDHRY realleges and incorporates each and every allegation contained in the preceding paragraphs.

53. Plaintiffs hereby incorporate by reference all preceding paragraphs as if fully set forth herein.

54. All parties named in this suit or later identified in discovery voluntarily and intentionally conspired to violate United States Federal Law.

55. Defendant, Zaino needs to be supervised and his conduct monitored with appropriate checks and balances and the conduct is not. Plaintiff, CHAUDHRY has been denied basic fundamental civil rights enshrined under the Third Amendment, Forth Amendment, Fifth Amendment, and Fourteenth Amendment of the Constitution of the United States.

56. In addition. Defendant has denied Plaintiff, CHAIUDHRY his basic fundamental civil rights by failing to comply with the Americans with Disabilities Act of 1990, established United States Federal Law.

57. As a result thereof, Plaintiff, CHAUDHRY, has sustained severe damage.

## NINTH CAUSE OF ACTION
### 42 U.S. Code § 1983 – Civil action for deprivation of rights

58. All parties named in this suit or later identified in discovery voluntarily and intentionally conspired to violate United States Federal Law.

59. Plaintiff, CHAUDHRY has been denied basic fundamental civil rights enshrined under the Third Amendment, Forth Amendment, Fifth Amendment, and Fourteenth Amendment of the Constitution of the United States.

60. Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable.

61. In addition. Defendant has denied Plaintiff, CHAIUDHRY basic fundamental civil rights by failing to comply with the Americans with Disabilities Act of 1990, established United States Federal Law.

62. As a result thereof, Plaintiff, CHAUDHRY, has sustained severe damage.

## TENTH CAUSE OF ACTION
### 42 U.S. Code § 1985 - Conspiracy to interfere with civil rights

63. All parties named in this suit or later identified in discovery voluntarily and intentionally conspired to violate United States Federal Law.

64. Plaintiff, CHAUDHRY has been denied basic fundamental civil rights enshrined under the Third Amendment, Forth Amendment, Fifth Amendment, and Fourteenth Amendment of the Constitution of the United States.

65. Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable.

66. In addition. Defendant has denied Plaintiff, CHAIUDHRY basic fundamental civil rights by failing to comply with the Americans with Disabilities Act of 1990,

established United States Federal Law.

67. As a result thereof, Plaintiff, CHAUDHRY, has sustained severe damage.

## TENTH CAUSE OF ACTION
U.S. Code § 1985 - Conspiracy to interfere with civil rights

68. All parties named in this suit or later identified in discovery voluntarily and intentionally conspired to violate United States Federal Law.

69. 42 U.S. Code § 1985, outlines a cause of action for individuals injured by conspiracies to deprive them of equal protection of the laws or other constitutional rights, including the right to vote, and allows for the recovery of damages against the conspirators.

70. Plaintiff, CHAUDHRY has been denied basic fundamental civil rights enshrined under the Third Amendment, Forth Amendment, Fifth Amendment, and Fourteenth Amendment of the Constitution of the United States.

71. In addition. Defendant has denied Plaintiff, CHAIUDHRY basic fundamental civil rights by failing to comply with the Americans with Disabilities Act of 1990, established United States Federal Law.

72. As a result thereof, Plaintiff, CHAUDHRY, has sustained severe damage.

## JURY DEMAND

73. Plaintiff requests a trial by jury pursuant to Rule 38 of the Federal Rules of Civil Procedure.

## PRAYER FOR RELIEF:

**WHEREFORE,** Plaintiffs request monetary damages and injunctive and/or other equitable relief against defendants and each of them as follows:

**WHEREFORE,** CHAUDHRY requests that this court:

a.    Award compensatory damages of $225,000
      @ $75,000 **per separate incident** against all Defendants;

b.    Award punitive damages against
      Defendants

c.    Award injunctive relief against all
      Defendants, Township of Salem,

d.    Award the cost of this action, including reasonable
      attorney's fees; and

e.    Award such other relief as this Court
      may deem necessary and appropriate.

Respectfully submitted this 27th day of March, 2025.
s/ *USMAN CHAUDHRY*

Usman Chaudhry
1992 Morris Ave Suite 235
Union, NJ 07083

## CERTIFICATION PURSUANT
### Pursuant to Federal Rule of Civil Procedure 5(a)

I hereby certify that the matter in controversy is not the subject of any other action pending in

any Court, is not the subject of a pending arbitration proceeding, and is not the subject of any

other contemplated action or arbitration proceeding.